ORIGINAL

CLIFFORD HUNT 3425
333 QUEEN STREET, SUITE 612
HONOLULU, HAWAII 96813
PHONE: (808) 545-4050
FAX: (808) 544-0007
EMAIL: NOTGUILTY007@msn.com

ATTORNEY FOR DEFENDANT

LODGED
FEB 08 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 10 2006
at 9 o'clock and 52 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00346 DAE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | AMENDING ORDER SETTING |
|  | ) | CONDITIONS OF RELEASE TO |
| HENRY ROE, | ) | PERMIT DEFENDANT TO TRAVEL |
| Defendant. | ) | JUDGE: DAVID ALAN EZRA |

STIPULATION AND ORDER AMENDING ORDER SETTING CONDITIONS
OF RELEASE TO PERMIT DEFENDANT TO TRAVEL

IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and Defendant HENRY ROE, through their respective counsel, that condition (7h1) of the Order Setting Conditions of Release filed on or about August 18, 2005 be amended to permit defendant to travel as

1

follows:

Defendant may travel to Las Vegas, Nevada on February 23, 2006 and return to Honolulu, Hawaii on March 27, 2006. While in Las Vegas defendant shall reside with his mother at 2821 W. Sahara Boulevard, Las Vegas, Nevada, 89102, telephone (702) 248-8824, (808) 722-0564 (cell).

DATED: Honolulu, Hawaii, _FEB. 7, 2006_.

_____
CLIFFORD HUNT
Attorney for Defendant
HENRY ROE

_____
MARK INCIONG, ESQ.
Attorney for Plaintiff United States of America

NO OBJECTION:

_____
DAVID KAHUNAHANA
Supervising U.S. Pretrial Services Officer
United States Pretrial Services Office

APPROVED AND SO ORDERED:

_____
THE HONORABLE
MAGISTRATE JUDGE OF THE ABOVE-ENTITLED COURT