

ORIGINAL

CLIFFORD HUNT 3425
333 QUEEN STREET, SUITE 612
HONOLULU, HAWAII 96813
PHONE: (808) 545-4050
FAX: (808) 544-0007
EMAIL: NOTGUILTY007@msn.com

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00346 DAE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER AMENDING ORDER SETTING CONDITIONS OF RELEASE TO PERMIT DEFENDANT TO TRAVEL |
| HENRY ROE, | ) | |
| Defendant. | ) | JUDGE: DAVID ALAN EZRA |

STIPULATION AND ORDER AMENDING ORDER SETTING CONDITIONS
OF RELEASE TO PERMIT DEFENDANT TO TRAVEL

IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and Defendant HENRY ROE, through their respective counsel, that condition (7h1) of the Order Setting Conditions of Release filed on or about August 18, 2005 be amended to permit defendant to travel as follows:

1

Defendant may travel to Las Vegas, Nevada on January 3, 2007 and return to Honolulu, Hawaii on January 16, 2007. While in Las Vegas defendant shall reside with his mother at 2120 W. Sahara Boulevard, #1, Las Vegas, Nevada, 89102, telephone (702) 248-8824, (808) 722-0564 (cell).

DATED: Honolulu, Hawaii, *December 13, 2006*.

_____
CLIFFORD HUNT
Attorney for Defendant
HENRY ROE

_____
MARK INCIONG, ESQ.
Attorney for Plaintiff United States of America

NO OBJECTION:

_____
DAVID KAHUNAHANA
Supervising U.S. Pretrial Services Officer
United States Pretrial Services Office

APPROVED AND SO ORDERED:

_____
THE HONORABLE
MAGISTRATE JUDGE OF THE ABOVE-ENTITLED COURT