ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 06 2007

__ o'clock and ___min __ M
SUE BEITIA, CLERK

LODGED

FEB 2 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

CLIFFORD HUNT 3425
333 QUEEN STREET, SUITE 612
HONOLULU, HAWAII 96813
PHONE: (808) 545-4050
FAX: (808) 544-0007
EMAIL: NOTGUILTY007@msn.com

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00346 DAE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | CONTINUING SENTENCING |
| ) | |
| HENRY ROE, ) | JUDGE: DAVID ALAN EZRA |
| ) | |
| Defendant. ) | NEW SENT DATE: 10/1/07 1:30 PM |
| ) | |

## STIPULATION AND ORDER CONTINUING SENTENCING

IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and defendant HENRY ROE (defendant), through their respective counsel, that defendant's sentencing be continued from February 5, 2007 at 2:15 p.m. to October 1, 2007 at 1:30 p.m. before the Honorable DAVID ALAN EZRA.

DATED: Honolulu, Hawaii, _February 1, 2007_.

1

_____
CLIFFORD HUNT
Attorney for Defendant
HENRY ROE

_____
MARK INCIONG, ESQ.
Attorney for Plaintiff United
States of America

APPROVED AND SO ORDERED:

_____
THE HONORABLE DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE

CR. NO. 05-00346 DAE, USA v. Henry Roe: STIPULATION AND ORDER
CONTINUING SENTENCING

2