PS8 HIPS-SUP-L-PETITN-01 (12.05)

ORIGINAL

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 25 2007

at 2 o'clock and 15 min. P M.
SUE BEITIA, CLERK

U.S.A. vs. HENRY ROE                          CRIMINAL NO. 05-00346DAE

Petition for Action on Conditions of Pretrial Release

COMES NOW DAVID K. KAHUNAHANA, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant HENRY ROE, who was placed under pretrial release supervision by the Honorable Leslie E. Kobayashi sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since August 18, 2005. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

    That the defendant's conditions of pretrial release be modified as follows:

    ADD:  Voluntarily participate in stress/anxiety related counseling at the discretion of Pretrial Services.

           The defendant is permitted to travel to Las Vegas, Nevada from August 22-31, 2007, with the advance approval of Pretrial Services.

PRAYING THAT THE COURT WILL ORDER the aforementioned modification of pretrial release.

ORDER OF COURT

Considered and ordered this 24th day of July, 2007 and ordered filed and made a part of the records in the above case.

_____
DAVID ALAN EZRA
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 24, 2007

_____
DAVID K. KAHUNAHANA
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii