# MINUTES

CASE NUMBER:       CR 05-00346DAE

CASE NAME:         USA v. Henry Roe

ATTYS FOR PLA:     Mark Inciong

ATTYS FOR DEFT:    Clifford Hunt

USPO:              Rosanne Donohoe

JUDGE:   David Alan Ezra        REPORTER:   Cynthia Fazio

DATE:    10/01/2007             TIME:       3:00pm-3:15pm(m/d)
                                            3:15pm-4:00pm(sent)

COURT ACTION:  EP:  Sentencing to Count 1 of the Felony Information as to Defendant Henry Roe. Government's Motion for Downward Departure.

Defendant Henry Roe present, not in custody.

The Memorandum Plea Agreement is accepted.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant Henry Roe.

SENTENCE:

Imprisonment:  60 MONTHS

Supervised Release:  5 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase up to one valid drug test per day.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: Any Prison Camp on the West Coast. 500 hour drug treatment program.

Mittimus is stayed until 1/7/2008.

Defendant to self-surrender @2:00 p.m. on 1/7/2008 at the facility designated by the Bureau of Prisons. The time is the time at the facility.

Defendant advised of his right to appeal.

Current bail conditions of release to continue.

Submitted by: Theresa Lam, Courtroom Manager